PER CURIAM.
We reverse the order of the trial court dismissing Count I of the information. See State v. Cogswell, 521 So.2d 1081 (Fla.1988). With respect to the state’s traverse, we find insufficient support in the record in this appeal to consider the issues raised. See Stone v. State, 378 So.2d 765 (Fla.1979), cert. denied, 449 U.S. 986, 101 S.Ct. 407, 66 L.Ed.2d 250 (1980); Snead v. State, 415 So.2d 887 (Fla. 5th DCA 1982); Chester v. State, 276 So.2d 76 (Fla. 2d DCA 1973).
HERSEY, C.J., and GUNTHER and STONE, JJ., concur.